DE CARO & KAPLEN, LLP

*Counselors at Law*

228 EAST 45TH STREET
SUITE 1100
NEW YORK, NY 10017

(212) 732-2262
michael@brainlaw.com
shana@brainlaw.com

MICHAEL V. KAPLEN*
SHANA DE CARO†

*ADMITTED NEW YORK, FLORIDA AND DISTRICT OF COLUMBIA BAR
*CERTIFIED CIVIL TRIAL ADVOCATE NATIONAL BOARD OF TRIAL ADVOCACY
*CERTIFIED PROF. LIAB. ATTY. – MEDICAL AMER. BD. OF PROF. LIAB. ATTORNEYS
*PROFESSORIAL LECTURER IN LAW THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
†ADMITTED NEW YORK AND DISTRICT OF COLUMBIA BAR
†IMMEDIATE PAST CHAIRWOMAN BRAIN INJURY ASSOCIATION OF AMERICA

Based on Defendants' response at Dkt. 26, Plaintiff's application is denied without prejudice to either party making an application on or after October 8, 2026, if the parties cannot successfully resolve issues about scheduling depositions after meeting and conferring in good faith.

SO ORDERED:

10/2/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

October 2, 2026

***Via ECF***
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10017

**Re: German v. Nelson Management Group LTD., et al.**
**26-CV-00876(RWL)**

Dear Judge Lehrburger:

This firm represents Plaintiff in the above-referenced matter.

Despite Plaintiff's repeated efforts to complete discovery, defense counsel has failed to cooperate in scheduling the depositions of Defendants as required by this Court's Scheduling Order and endorsed memorandum dated August 13, 2026. Plaintiff's most recent effort to secure Defendant's compliance was by correspondence dated September 28, 2026, a copy of which is attached. Defendants have nevertheless failed to provide dates for their depositions.

Accordingly, Plaintiff respectfully requests leave to move for an order precluding Defendants from offering testimony, or imposing such other appropriate sanctions, as the Court deems warranted, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

Respectfully yours,

MICHAEL V. KAPLEN

MVK/ab
Enc.
cc: ***Via ECF & Email***
Cristen R. Sommers, Esq. - *csommers@lskdnylaw.com*
Alfredo J. Alvarado, Esq. - *aalvarado@lskdnylaw.com*
LESTER SCHWAB KATZ & DWYER, LLP
100 Wall Street, 27th Floor
New York, NY 10005
*(With copy of enclosure)*